JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVJOT SINGH, Petitioner, v. WARDEN FERETI SEMAIA, et al., Respondents. | Case No. EDCV 26-5240-PVC<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order Granting Petition and Ordering Immediate Release,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

IT IS FURTHER ORDERED THAT:

1. Respondents are ORDERED to immediately release Petitioner **Navjot Singh (A Number: 243103271)** from custody;

2. Respondents are ENJOINED from re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or a danger to the community;

3. Respondents are ENJOINED from re-detaining Petitioner while Section 240 proceedings are ongoing, including during any direct appeal from dismissal of proceedings by the Immigration Judge absent a change in circumstances;

4. Respondents are ORDERED to file within two days of the date of this Order, a status report confirming Petitioner's release; and

5. Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules. The Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

DATED: October 15, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE